**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: | ) In proceedings under Chapter 13 |
| | ) Honorable Carol A. Doyle |
| Ricky D. Jenkins, | ) |
| | ) Case No. 05 B 32325 |
| Debtor. | ) |

## NOTICE OF TERMINATION OF AUTOMATIC STAY

TO:   Debtor
   Ricky D. Jenkins
   1120 N 5th Avenue
   Maywood, IL 60153

   Counsel for Debtor
   Xiaoming Wu
   200 South Michigan Avenue, Suite 209
   Chicago, IL 60604

   Chapter 13 Trustee
   Marilyn O. Marshall
   224 South Michigan, Suite 800
   Chicago, IL 60604

RE:   DaimlerChrysler Account No. 201-1002676976
   2002 Chevrolet Tahoe, VIN: 1GNEK13Z62J215936

   Debtor has failed to maintain payments to the Trustee pursuant to the terms of the Plan, as required under 11 U.S.C. §362 and the agreement between Debtor and DaimlerChrysler Services North America, L.L.C.. Therefore, the automatic stay has terminated, and DaimlerChrysler will utilize its non-bankruptcy remedies as to the vehicle set forth above.


   RIEZMAN BERGER, P.C.


   By  /s/ **Kathryn A. Klein**
   Kathryn A. Klein, #06199235
   7700 Bonhomme Ave., 7th Fl.
   St. Louis, Missouri 63105
   (314) 727-0101
   Attorneys for DaimlerChrysler

## PROOF OF SERVICE

      The undersigned states that I served the foregoing Notice to the parties listed therein and the United States Trustee by first-class mail, postage prepaid, on the 22nd day of November, 2006.  Parties able to receive electronic filing also receive a copy electronically.

| | |
|---|---|
| Ricky D. Jenkins<br>1120 N 5th Avenue<br>Maywood, IL 60153 | Debtor |
| Xiaoming Wu<br>200 South Michigan Avenue, Suite 209<br>Chicago, IL 60604 | Attorney for Debtor |
| Marilyn O. Marshall<br>224 South Michigan, Suite 800<br>Chicago, IL 60604 | Chapter 13 Trustee |
| Office of the United States Trustee<br>227 West Monroe Street, Suite 3350<br>Chicago, IL 60606 | |

                                                **/s/ Kathryn A. Klein**