IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Jenkins, Ricky D

Printed: 12/02/08

Case Number: 05 B 32325
Judge: Wedoff, Eugene R
Filed: 8/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 16, 2008
Confirmed: October 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 68,490.00 |  |
| Secured: |  | 51,665.64 |
| Unsecured: |  | 11,446.76 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,694.00 |
| Trustee Fee: |  | 3,683.60 |
| Other Funds: |  | 0.00 |
| Totals: | 68,490.00 | 68,490.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 1,694.00 | 1,694.00 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | Austin Bank of Chicago | Secured | 0.00 | 0.00 |
| 4. | DaimlerChrysler Servs North America | Secured | 22,680.31 | 13,074.78 |
| 5. | American Home Mortgage Servicing | Secured | 15,204.80 | 15,204.80 |
| 6. | Austin Bank of Chicago | Secured | 4,604.17 | 4,604.17 |
| 7. | Americredit Financial Ser Inc | Secured | 18,781.89 | 18,781.89 |
| 8. | Capital One | Unsecured | 317.53 | 158.05 |
| 9. | Premium Asset Recovery Corp | Unsecured | 228.37 | 113.66 |
| 10. | Americredit Financial Ser Inc | Unsecured | 17,382.73 | 8,651.53 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 1,598.57 | 795.63 |
| 12. | Guaranty Bank | Unsecured | 1,652.46 | 822.45 |
| 13. | American General Finance | Unsecured | 1,819.21 | 905.44 |
| 14. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 15. | Safeway | Unsecured | | No Claim Filed |
| 16. | Charter One Bank | Unsecured | | No Claim Filed |
| 17. | Citibank | Unsecured | | No Claim Filed |
| 18. | TCF Bank | Unsecured | | No Claim Filed |
| 19. | US Cellular | Unsecured | | No Claim Filed |
| 20. | Alexian Brothers Medical Center | Unsecured | | No Claim Filed |
|  |  |  | $ 85,964.04 | $ 64,806.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Jenkins, Ricky D

Printed: 12/02/08

Case Number:  05 B 32325
Judge:  Wedoff, Eugene R
Filed:  8/16/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 1,178.64 |
| 5% | 119.01 |
| 4.8% | 742.08 |
| 5.4% | 1,253.89 |
| 6.5% | 389.98 |
|  | $ 3,683.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

